**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6526**

———————————

CALVIN R. MATTISON,

Plaintiff - Appellant,

versus

TONY BROWN; ROBERT CARRILES,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Charles E. Simons, Jr., Senior District Judge. (CA-94-2610-9-6JC)

———————————

Submitted: October 3, 1996          Decided: October 10, 1996

———————————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Calvin R. Mattison, Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion for summary judgment in part and denying it in part. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED